453 F.2d 1374
 UNITED STATES of America, Plaintiff-Appellee,
v.
Craig Phillip COLEMAN, Defendant-Appellant.
 No. 71-2779.
 United States Court of Appeals,
Ninth Circuit.
 Feb. 15, 1972.
 
 Gerard J. Glass (argued), Michael H. Weiss, of Hansen, Jaffe & Weiss, San Francisco, Cal., for defendant-appellant.
 John F. Cooney, Jr., Asst. U. S. Atty. (argued), James L. Browning, Jr., U. S. Atty., F. Steele Langford, Chief, Criminal Division, San Francisco, Cal., for plaintiff-appellee.
 Before CHAMBERS, Circuit Judge, MADDEN,* Judge of the United States Court of Claims, and TRASK, Circuit Judge.
 PER CURIAM:
 
 
 1
 The judgment of conviction in this selective service case is affirmed.
 
 
 2
 At issue is the failure to exhaust an administrative remedy: that is the taking of an appeal on the classification.
 
 
 3
 The tests of Lockhart [Lockhart v. United States, 420 F.2d 1143 (9th Cir. 1969)] require affirmance. We cannot find this case within the exception of Donato v. United States, 302 F.2d 468 (9th Cir. 1962).
 
 
 
 *
 J. Warren Madden, Senior Judge of the United States Court of Claims, sitting by designation